UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Marnie Beilin<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 14-37842<br><br>Chapter: 13<br>Honorable Janet S. Baer |

## ORDER ALLOWING COMPENSATION FOR REPRESENTATION OF CHAPTER 13 DEBTOR
(For cases filed on or after 10/17/05)

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 0.00 | for legal services through confirmation of the plan. |
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 0.00 | for legal services after confirmation of the plan. |
| $ | 86.29 | for reimbursable expenses. |
| $ | 4,086.29 | **total fees and reimbursement allowed.** |
| $ - | 1,137.29 | less payment received from debtor prior to date of application. |
| $ | 2,949.00 | **balance allowed under this order.** |

Enter:

/s/ Janet S. Baer

United States Bankruptcy Judge

Dated: 6/17/15

**Fees Payable to:**
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

Form Order 23b

Rev: comp13post 20120501