# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 13 of | ) |
| | ) |
| MARNIE BEILIN | ) |
| | ) Case No. 14-37842 |
| | ) |
| Debtor. | ) |

## NOTICE OF OBJECTION TO CLAIM NO. 3-1

TO:

Tom Vaughn, United States Trustee (by electronic notice)

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101 (by regular US mail).

David Katinsky, Tax Division (DOJ), PO Box 55, Ben Franklin Station, Washington, DC 20044 (by regular US mail).

United States Attorney, Civil Process Clerk, 219 S. Dearborn St., Room 500, Chicago, IL 60604 (by regular US mail).

PLEASE TAKE NOTICE that on June 4, 2020 at 10:00 AM, in Courtroom 619 of the Dirksen Federal Building located at 219 S Dearborn, Chicago, IL, before the Honorable Judge Cassling, the Bankruptcy Court will hear the Debtor's **Objection to Claim No. 3-1.** Any party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. A Notice of Objection need only say that the respondent objects to the motion. No reasons need to be given for the objection. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

/s/Ben Schneider
Schneider & Stone
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 4950 Madison St., Skokie, IL, 60077, on May 4, 2020 except that the trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ _Ben Schneider
Ben Schneider

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 13 of | ) |
| | ) |
| MARNIE BEILIN | ) |
| | )   Case No. 14-37842 |
| | ) |
| Debtor. | ) |

## OBJECTION TO CLAIM NO. 3-1

Now comes the Debtor, MARNIE BEILIN, by and through her Attorneys, SCHNEIDER & STONE, for her **Objection to Claim No. 3-1.** In support, she states as follows.

1. On October 27, 2014, the Secured Priority creditor the Internal Revenue Service filed Claim No. 3 claiming $102,454.72 in default federal taxes owed, of which $12,700 was secured and $9,069.45 was marked as Priority (See attached POC 3-1).

2. The claim included taxes owed for 2013 and noted that amount was estimated as the 2013 tax return had not yet been; the estimated amount owed for 2013 was $7,945.72.

3. Recently, the Debtor filed her 2013 tax return and found that not only was no amount owed for 2013, she was supposed to receive a refund. (See attached Exhibit).

4. The claim should be amended to pay a total of $94,385.27 to the Internal Revenue Service, of which $1,000 is Priority.

5. As of May 4, 2020, the claim has not been amended.

WHEREFORE, the Debtor, MARNIE BEILIN, asks this Court grant her **Objection to Claim No. 3-1**, amend Claim No. 3-1, and for any other relief that it deems fair and just.

                Respectfully Submitted
                MARNIE BEILIN

                _/s/Ben Schneider_
                One of her Attorneys

Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077

Office: 847-933-0300
Fax: 847-676-2676
ARDC #6295667