# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| In Re: | ) | BK No.: 14-37842 |
|---|---|---|
| Marnie Beilin | ) | |
|  | ) | Chapter: 13 |
|  | ) | Honorable Donald R. Cassling |
|  | ) | |
|  | ) | |
| Debtor(s) | ) | |

## Order Incurring New Debt and Shortening Notice

This matter coming to be heard on the Debtor's Motion to Incur and Shorten Notice,

IT IS HEREBY ORDERED THAT:

The Debtor's is authorized to incur new debt in the form of the SBA Disaster Loan.

No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: September 17, 2020

**Prepared by:**

Ben Schneider
Schneider & Stone
8424 Skokie Blvd., Suite 200
Skokie, IL 60077