# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | CASE NO.: 14-37842 |
| | CHAPTER 13 |
| Marnie Beilin, | |
| Debtor. | |

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association</u><br>Name of Transferee | <u>Community Loan Serviving, LLC</u><br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South Attn: BK Dept<br>Houston  TX  77042 | Court Claim # (if known): 14-1<br>Amount of Claim: 122,203.15<br>Date Claim Filed: 3/11/2015 |
| Phone:<br>Last Four Digits of Acct #: <u>4618</u> | Phone: <u>1-866-243-5851</u><br>Last Four Digits of Acct #: <u>: 582</u> |

Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance, LP
9990 Richmond Ave. Suite 400 South Attn: BK Dept
Houston  TX  77042

Phone:
Last Four Digits of Acct #: <u>4618</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Pinju Chiu                                                    Date:   11/23/2021

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARNIE BEILIN
308 W FRONTAGE ROAD
UNIT C
NORTHFIELD, IL 60093

And via electronic mail to:

LWUVKP "T0UVQTGT"
LAW OFFICE OF WILLIAM J. FACTOR, LTD.
105 W. MADISON ST., SUITE 1500
CHICAGO, IL 60602

THOMAS H. HOOPER
OFFICE OF THE CHAPTER 13 TRUSTEE
55 E. MONROE ST., SUITE 3850
CHICAGO, IL 60603

PATRICK S LAYNG
OFFICE OF THE U.S. TRUSTEE, REGION 11
219 S DEARBORN ST
ROOM 873
CHICAGO, IL 60604

By: /s/ Jewel Daniels-Knight